# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

January 9, 2019

**VIA ECF**

Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

　　　　　　　　　　　　　　　Re:　*Pacheco, et al. v. Shree Laxmi Restaurant Inc., et al*
　　　　　　　　　　　　　　　　　　Case No. 17-cv-3165

Dear Judge Abrams:

　　　This office represents Plaintiff Jaime Garcia Pacheco ("Plaintiff") in the above-referenced matter. The parties have revised their settlement agreement to comport with Your Honor's order dated December 17, 2018. A copy of the parties' revised agreement is annexed hereto as **Exhibit A**. Plaintiff respectfully requests that Your Honor approve of the revised agreement as fair.

　　　Thank you for your consideration in this matter.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Michael Faillace
　　　　　　　　　　　　　　　　　　　　Michael Faillace, Esq.
　　　　　　　　　　　　　　　　　　　　Michael Faillace & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

cc:　　David Glanstein, Esq. (via ECF)
　　　　*Attorney for Defendants*